| | | | |
|---|---|---|---|
| AO 91 (Rev. 11/11) Criminal Complaint | AUSA: Christopher Rawsthorne<br>Special Agent: Michelle Harmon | Telephone: (313) 226-9100<br>Telephone: (313) 965-2323 | |

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

| | | |
|---|---|---|
| United States of America<br>v.<br>Cory Terry | Case No. | Case: 2:22−mj−30374<br>Assigned To : Unassigned<br>Assign. Date : 8/31/2022<br>Description: RE: CORY TERRY (EOB) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __April 9, 2022 through April 26, 2022__ in the county of __Macomb and elsewhere__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC §§ 2251, 2252A(a)(2), and 2422(b) | Sexual exploitation of children, receipt of child pornography, and coercion and enticement of a minor to engage in illicit sexual activity |

This criminal complaint is based on these facts:
see attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Michelle A. Harmon, Special Agent (FBI)
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: __August 31, 2022__

_____
*Judge's signature*

City and state: __Detroit, Michigan__  Hon. David R. Grand, United States Magistrate Judge
*Printed name and title*

# AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR A CRIMINAL COMPLAINT AND ARREST WARRANT

I, Michelle A. Harmon, a Special Agent with the Federal Bureau of Investigation ("FBI"), being duly sworn, depose and state as follows:

## INTRODUCTION

1. I have been employed as a special agent with the FBI since 2000. I am currently assigned to the Detroit Field Office, Macomb County Resident Agency. As part of my official duties, I investigate crimes involving the sexual exploitation of minors, including criminal offenses pertaining to online enticement and the illegal production, distribution, receipt, and possession of child pornography. I have received training in the proper investigative techniques for violations pertaining to child pornography and child exploitation. I have conducted and assisted in numerous child exploitation investigations, to include undercover operations to identify and locate individuals who seek to engage in sexual activity with minors, and have executed search warrants that have led to seizures of child pornography. I have also received training in computer systems, computer networks, and mobile devices. Moreover, I am a federal law enforcement officer who is engaged in enforcing criminal laws, including 18 U.S.C. §§ 2251 and 2252A, and I am authorized by law to request a complaint and arrest warrant.

1

2. This affidavit is submitted in support of an application for a criminal complaint and arrest warrant for Cory Terry (DOB: **/**/1997) for violations of 18 U.S.C. §§ 2251, 2252A(a)(2), and 2422(b) – sexual exploitation of children, receipt of child pornography, and coercion and enticement of a minor to engage in illicit sexual activity.

3. The statements contained in this affidavit are based in part on information provided by U.S. federal law enforcement agents and state and local law enforcement officers; written reports about this and other investigations that I have received, directly or indirectly, from other law enforcements officers; information gathered from the service of administrative subpoenas; the results of physical and electronic surveillance conducted by law enforcement agents; independent investigation and analysis by law enforcement agents/analysts and computer forensic professionals; and my experience, training and background as a Special Agent. Since this affidavit is being submitted for the limited purpose of securing a complaint and arrest warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish that Cory Terry has violated 18 U.S.C. §§ 2251, 2252A(a)(2), and 2422(b).

## BACKGROUND OF INVESTIGATION

4.      On July 20, 2022, the Clinton Township, Michigan Police Department requested assistance from the FBI Detroit Division, Macomb County Resident Agency, with an investigation involving an adult male from Indiana that engaged in sexually explicit communications with a minor female victim (hereafter "MV"), who is an 11-year-old girl born in December 2010, on the Discord social media application.

5.      I reviewed the information provided by Clinton Township Police Department, which included Discord chat messages obtained by search warrant, and observed sexually explicit conversations between username xxlethaltacoxx#**69 and MV (username villxch#****) between April 9, 2022 and April 26, 2022.  Additionally, xxlethaltacoxx#**69 coerced and induced MV to send sexually explicit material.

6.      The following are some of the chat conversations I observed in the message logs obtained from Discord via search warrant (*Note: each message segment is read from the bottom up*):

| | | |
|---|---|---|
| 2022-04-15 03:30:57 | xxlethaltacoxx# 69 | No I don't mind |
| 2022-04-15 03:30:46 | villxch# | I understand if u don't feel comfortable being friends with me |
| 2022-04-15 03:28:30 | villxch# | I'm 11 like actually 11 but yea |
| 2022-04-15 03:25:46 | xxlethaltacoxx# 69 | How old are you actually lol |

3

| Timestamp | User | ID | Message |
|---|---|---|---|
| 2022-04-17 00:42:00 | xxlethaltacoxx# | 69 | Have you started growing hair between your legs? |
| 2022-04-17 00:41:46 | villxch# | | yea |
| 2022-04-17 00:41:41 | xxlethaltacoxx# | 69 | So are you a virgin? |
| 2022-04-17 00:41:39 | villxch# | | I won't dw! |
| 2022-04-17 00:41:29 | xxlethaltacoxx# | 69 | If you do this time I'll just block you..... But okay â˜ºï¸ |
| 2022-04-17 00:40:46 | villxch# | | dw |
| 2022-04-17 00:40:45 | villxch# | | won't |
| 2022-04-17 00:40:43 | villxch# | | nono I wony |
| 2022-04-17 00:40:12 | xxlethaltacoxx# | 69 | Are you sure? If not it's okay I don't want you to say yes then run tell your friends and everyone ðŸ |
| 2022-04-17 00:39:39 | villxch# | | sure ig |
| 2022-04-17 00:33:03 | xxlethaltacoxx# | 69 | Can I ask you some inappropriate questions again? If you don't want to answer them it's okay â˜ºï¸ |

| Timestamp | User | ID | Message |
|---|---|---|---|
| 2022-04-17 00:49:24 | xxlethaltacoxx# | 69 | It's okay, have you sent your first nude yet? |
| 2022-04-17 00:49:04 | villxch# | | idk how to answer that |
| 2022-04-17 00:47:16 | xxlethaltacoxx# | 69 | Do you want to feel a man's cock in your hands and in your holes? |
| 2022-04-17 00:46:53 | villxch# | | yes sometimes |
| 2022-04-17 00:46:53 | xxlethaltacoxx# | 69 | It's okay |
| 2022-04-17 00:46:47 | villxch# | | sorry if I don't answer quickly I'm watching YouTube at the same time while texting u |
| 2022-04-17 00:45:47 | xxlethaltacoxx# | 69 | Do you touch yourself? |
| 2022-04-17 00:45:35 | villxch# | | sometimes |
| 2022-04-17 00:43:47 | xxlethaltacoxx# | 69 | Do you get horny? |
| 2022-04-17 00:43:35 | villxch# | | yes |
| 2022-04-17 00:4+D1( | xxlethaltacoxx# | 69 | Is it hairy rn? |

| Timestamp | User | ID | Message |
|---|---|---|---|
| 2022-04-17 01:06:51 | villxch# | | no |
| 2022-04-17 01:06:22 | xxlethaltacoxx# | 69 | Have you done anything sexual with your friends? |
| 2022-04-17 01:05:55 | xxlethaltacoxx# | 69 | I want you to feel how wet and needy you are babygirl |
| 2022-04-17 01:05:23 | villxch# | | okay |
| 2022-04-17 01:02:42 | xxlethaltacoxx# | 69 | Rub your pussy for me rn babygirl |
| 2022-04-17 01:02:22 | villxch# | | yes/ |
| 2022-04-17 01:01:00 | xxlethaltacoxx# | 69 | Is your little pussy tingly thinking about it babygirl? |
| 2022-04-17 01:00:20 | villxch# | | yes/ |
| 2022-04-17 00:58:54 | xxlethaltacoxx# | 69 | Do you like watching girls touch their pussies like dirty little sluts for everyone to see? ðŸ™ˆðŸ¥µ |
| 2022-04-17 00:58:18 | villxch# | | yes but I only watch girls on there not rlly men |
| 2022-04-17 00:57:58 | xxlethaltacoxx# | 69 | Do you touch your little pussy while watching it? |
| 2022-04-17 00:57:45 | villxch# | | yes sometimes/ |
| 2022-04-17 00:57:34 | xxlethaltacoxx# | 69 | Do you watch porn? |

| Timestamp | User | ID | Message |
|---|---|---|---|
| 2022-04-17 01:21:34 | xxlethaltacoxx# | 69 | When you are more comfortable you will let me look at you in your panties while I stroke my cock |
| 2022-04-17 01:21:06 | villxch# | | no |
| 2022-04-17 01:20:50 | xxlethaltacoxx# | 69 | Was that so hard? |
| 2022-04-17 01:19:49 | xxlethaltacoxx# | 69 | That's a good first step |
| 2022-04-17 01:19:34 | xxlethaltacoxx# | 69 | Good girl ðŸ˜Š I'm proud of you |
| 2022-04-17 01:19:23 | villxch# | | ok u got it |

| | | | |
|---|---|---|---|
| 2022-04-17 03:31:32 | xxlethaltacoxx# | 69 | It's okay you did good 😊 |
| 2022-04-17 03:31:19 | villxch# | | oh ok |
| 2022-04-17 03:29:55 | xxlethaltacoxx# | 69 | Lol I know it's your first time but it will become normal eventually |
| 2022-04-17 03:29:37 | villxch# | | thanks |
| 2022-04-17 03:29:26 | xxlethaltacoxx# | 69 | I'm proud of you ❤️ |
| 2022-04-17 03:29:20 | xxlethaltacoxx# | 69 | See that was easy 😊😊😊 |
| 2022-04-17 03:27:35 | xxlethaltacoxx# | 69 | |
| 2022-04-17 03:27:25 | xxlethaltacoxx# | 69 | I didn't even get to see |
| 2022-04-17 03:25:20 | xxlethaltacoxx# | 69 | |
| 2022-04-17 03:25:00 | xxlethaltacoxx# | 69 | Try for me? |
| 2022-04-17 03:24:55 | xxlethaltacoxx# | 69 | It will be a few seconds |
| 2022-04-17 03:24:43 | villxch# | | becuase like I'm so tired |
| 2022-04-17 03:23:52 | xxlethaltacoxx# | 69 | Why not show me now |

| | | | |
|---|---|---|---|
| 2022-04-17 20:44:59 | villxch# | | actually I don't rlly wanna answer these questions rn maybe tonight |
| 2022-04-17 20:44:29 | xxlethaltacoxx# | 69 | Did you like showing me your hair down there last night 🙂❤️ |
| 2022-04-17 20:44:12 | xxlethaltacoxx# | 69 | It's okay 😊 |
| 2022-04-17 20:43:49 | villxch# | | if I don't answer quickly I'm watching youtube |
| 2022-04-17 20:43:30 | villxch# | | sure |
| 2022-04-17 20:43:28 | villxch# | | uhh |
| 2022-04-17 20:41:32 | xxlethaltacoxx# | 69 | Can I ask some more inappropriate things? |

| | | | |
|---|---|---|---|
| 2022-04-18 15:19:00 | villxch# | | well later not rn my parents are kinda wondering around the house rn and I'm scared they're gonna |
| 2022-04-18 15:18:30 | xxlethaltacoxx# | 69 | Can you call and let me see more of your bush? |
| 2022-04-18 15:18:04 | villxch# | | yea |
| 2022-04-18 15:17:57 | xxlethaltacoxx# | 69 | Are you in your room? |

| | | | |
|---|---|---|---|
| 2022-04-19 01:05:47 | villxch# | | yea cuz I never dealt with this stuff before |
| 2022-04-19 01:05:05 | xxlethaltacoxx# | 69 | Lol so innocent |
| 2022-04-19 01:00:28 | villxch# | | uhm ok |
| 2022-04-19 00:45:30 | xxlethaltacoxx# | 69 | Be a good girl and open your legs for me and lay back on me |
| 2022-04-19 00:45:08 | villxch# | | oh that's uh nice |
| 2022-04-19 00:42:47 | xxlethaltacoxx# | 69 | I want to feel your bush rn and touch you down there |

5

| | | | |
|---|---|---|---|
| 2022-04-23 04:56:56 | xxlethaltacoxx# | 69 | If you keep doing things like this….I'll keep buying it or getting you more things |
| 2022-04-23 04:56:31 | villxch# | | yea |
| 2022-04-23 04:56:26 | xxlethaltacoxx# | 69 | ?* |
| 2022-04-23 04:56:24 | xxlethaltacoxx# | 69 | You there! |
| 2022-04-23 04:48:24 | xxlethaltacoxx# | 69 | ðŸ˜Š you deserve it for what you did baby |
| 2022-04-23 04:47:12 | villxch# | | thank u sm! |
| 2022-04-23 04:47:07 | villxch# | | oh ok |
| 2022-04-23 04:47:02 | xxlethaltacoxx# | 69 | I had to send it to you |
| 2022-04-23 04:46:58 | villxch# | | I got it |
| 2022-04-23 04:46:57 | xxlethaltacoxx# | 69 | Oh there |
| 2022-04-23 04:46:50 | xxlethaltacoxx# | 69 | https://discord.gift/nDVkzAafH2Fcmccx |
| 2022-04-23 04:46:32 | xxlethaltacoxx# | 69 | Did you find it |
| 2022-04-23 04:44:43 | villxch# | | I looked |
| 2022-04-23 04:44:40 | villxch# | | dvwdfwdaf |
| 2022-04-23 04:44:37 | villxch# | | |
| 2022-04-23 04:42:03 | xxlethaltacoxx# | 69 | Go look around discord |
| 2022-04-23 04:41:49 | villxch# | | |
| 2022-04-23 04:41:30 | xxlethaltacoxx# | 69 | I gifted it to you |
| 2022-04-23 04:41:24 | xxlethaltacoxx# | 69 | Idk |
| 2022-04-23 04:40:49 | villxch# | | how do I know if I got nitro or not |
| 2022-04-23 04:40:41 | xxlethaltacoxx# | 69 | Ok |
| 2022-04-23 04:40:38 | villxch# | | I'll call u in a minn |
| 2022-04-23 04:40:28 | xxlethaltacoxx# | 69 | |
| 2022-04-23 04:39:55 | villxch# | | wait how do I know if I have nitro or not |
| 2022-04-25 05:59:29 | xxlethaltacoxx# | 69 | Shut your mouth and let me see you in your panties rn |
| 2022-04-25 05:59:12 | villxch# | | I'm scared to wake up my parents.. |
| 2022-04-25 05:58:25 | xxlethaltacoxx# | 69 | You are going to show me what I want idc if you want to or not understand? |
| 2022-04-25 05:58:02 | xxlethaltacoxx# | 69 | This is what you deserve for treating me how you did and I bet you love this being told what to do a |
| 2022-04-25 05:57:33 | xxlethaltacoxx# | 69 | Answer me with "yes sir" slut |
| 2022-04-25 05:57:27 | villxch# | | I don't want to |
| 2022-04-25 05:56:56 | xxlethaltacoxx# | 69 | Show me what I want like a good little slut |
| 2022-04-25 05:56:40 | xxlethaltacoxx# | 69 | Good girl you know I want to see your little body |
| 2022-04-25 05:56:25 | villxch# | | |
| 2022-04-25 05:56:14 | xxlethaltacoxx# | 69 | |
| 2022-04-25 05:56:04 | xxlethaltacoxx# | 69 | I am waiting slut if you keep taking this long I'll just make you take one for me |
| 2022-04-25 05:54:16 | xxlethaltacoxx# | 69 | Hurry up babygirl |
| 2022-04-25 05:53:00 | xxlethaltacoxx# | 69 | Let me see my little needy slut rn |
| 2022-04-25 05:52:54 | villxch# | | ima send a old pic |
| 2022-04-25 05:52:45 | villxch# | | finee |
| 2022-04-25 05:52:34 | xxlethaltacoxx# | 69 | Well? Answer Daddy babygirl |
| 2022-04-25 05:51:31 | xxlethaltacoxx# | 69 | Rn you will give me what I want do you understand? |
| 2022-04-25 05:51:14 | xxlethaltacoxx# | 69 | Do as you are told I am done asking |
| 2022-04-25 05:51:02 | villxch# | | don't wanna show it rn |
| 2022-04-25 05:50:58 | villxch# | | I uhh |
| 2022-04-25 05:50:30 | xxlethaltacoxx# | 69 | Let me jerk my cock to your little body like you deserve |
| 2022-04-25 05:50:17 | xxlethaltacoxx# | 69 | Let me see you rn slut |

| Timestamp | User | | Message |
|---|---|---|---|
| 2022-04-25 06:13:34 | xxlethaltacoxx# | 69 | Now |
| 2022-04-25 06:13:32 | xxlethaltacoxx# | 69 | Put headphones in and answer the call |
| 2022-04-25 06:13:05 | xxlethaltacoxx# | 69 | |
| 2022-04-25 06:13:04 | villxch# | | I'm to scared |
| 2022-04-25 06:13:00 | villxch# | | I just can't I'm sorry |
| 2022-04-25 06:12:54 | xxlethaltacoxx# | 69 | You had better let me see slut |
| 2022-04-25 06:12:42 | xxlethaltacoxx# | 69 | I'm stroking my throbbing cock waiting for this |
| 2022-04-25 06:12:01 | xxlethaltacoxx# | 69 | Well?! |
| 2022-04-25 06:08:28 | xxlethaltacoxx# | 69 | Stop typing and take the picture |
| 2022-04-25 06:08:10 | xxlethaltacoxx# | 69 | Dirty little horny slut |
| 2022-04-25 06:07:56 | xxlethaltacoxx# | 69 | Hurry! |
| 2022-04-25 06:07:25 | xxlethaltacoxx# | 69 | Show me your fucking panties now |
| 2022-04-25 06:07:14 | xxlethaltacoxx# | 69 | Do as you are told like the filthy little cock slut you are |
| 2022-04-25 06:06:54 | xxlethaltacoxx# | 69 | You don't get to say no |
| 2022-04-25 06:06:48 | xxlethaltacoxx# | 69 | No you aren't you are taking a picture |
| 2022-04-25 06:06:40 | villxch# | | I'm sorry I can't I'm gonna wake my parents up I'm so sorry |
| 2022-04-25 06:06:27 | xxlethaltacoxx# | 69 | Send it |
| 2022-04-25 06:06:02 | xxlethaltacoxx# | 69 | It shouldn't take this long slut |
| 2022-04-25 06:02:53 | xxlethaltacoxx# | 69 | Good girl hurry up |
| 2022-04-25 06:02:41 | villxch# | | let me take a picture |
| 2022-04-25 06:02:16 | xxlethaltacoxx# | 69 | Let me see you in your panties |
| 2022-04-25 06:02:04 | xxlethaltacoxx# | 69 | Good learn your place |
| 2022-04-25 06:01:57 | villxch# | | yes sir |
| 2022-04-25 06:01:53 | xxlethaltacoxx# | 69 | Say yes Sir |

| Timestamp | User | | Message |
|---|---|---|---|
| 2022-04-25 06:41:48 | xxlethaltacoxx# | 69 | Do as I fucking tell you slut!!! |
| 2022-04-25 06:41:35 | villxch# | | I'll text u tmr\ |
| 2022-04-25 06:41:31 | villxch# | | I can't talk anymore my parents just woke up again bye |
| 2022-04-25 06:38:52 | xxlethaltacoxx# | 69 | Stop wasting so much time |
| 2022-04-25 06:38:46 | xxlethaltacoxx# | 69 | Do it and you can sleep |
| 2022-04-25 06:38:01 | xxlethaltacoxx# | 69 | Or of your panties |
| 2022-04-25 06:37:46 | xxlethaltacoxx# | 69 | No has to have either your tits or a little bit of your bush in it |
| 2022-04-25 06:37:24 | villxch# | | Do* |
| 2022-04-25 06:37:21 | villxch# | | I really so not want to can I like send a pic of my legs or something |
| 2022-04-25 06:35:55 | xxlethaltacoxx# | 69 | Understand? |
| 2022-04-25 06:35:51 | xxlethaltacoxx# | 69 | Then I'll let you |
| 2022-04-25 06:35:49 | xxlethaltacoxx# | 69 | Not till you do this |
| 2022-04-25 06:35:43 | villxch# | | I just wanna go to sleepppp |
| 2022-04-25 06:35:16 | xxlethaltacoxx# | 69 | I just want a tease pic not even a full one |
| 2022-04-25 06:35:06 | xxlethaltacoxx# | 69 | I want you to do what I tell you and take one you have been putting it off for too long |
| 2022-04-25 06:34:43 | xxlethaltacoxx# | 69 | No now you are wasting time |

| Timestamp | User | | Message |
|---|---|---|---|
| 2022-04-25 17:52:00 | villxch# | | yea |
| 2022-04-25 17:51:45 | xxlethaltacoxx# | 69 | You sure? You act older sometimes |
| 2022-04-25 17:51:17 | villxch# | | 1's |
| 2022-04-25 17:51:15 | villxch# | | two 1'd |
| 2022-04-25 17:50:18 | xxlethaltacoxx# | 69 | So be honest how old are you really |

| | | | |
|---|---|---|---|
| 2022-04-26 06:02:30 | xxlethaltacoxx# | 69 | Will you text me on here? |
| 2022-04-26 05:41:02 | xxlethaltacoxx# | 69 | You know you fucking want it don't you |
| 2022-04-26 05:40:37 | xxlethaltacoxx# | 69 | Now if you give me your attention I'll send more |
| 2022-04-26 05:40:17 | xxlethaltacoxx# | 69 | I want you looking like them |
| 2022-04-26 05:39:02 | xxlethaltacoxx# | 69 | I want you to take my big cock like the horny little whore you are |
| 2022-04-26 05:38:38 | xxlethaltacoxx# | 69 | I want to hold you down and fuck you so hard you whimper for me |
| 2022-04-26 05:38:20 | xxlethaltacoxx# | 69 | I've needed your little holes all day |
| 2022-04-26 05:38:11 | xxlethaltacoxx# | 69 | Are you ready to do what you promised me? |

| | | | |
|---|---|---|---|
| 2022-04-26 16:03:35 | xxlethaltacoxx# | 69 | You are so amazing baby you make me so freaking horny too |
| 2022-04-26 16:02:10 | villxch# | | thanks |
| 2022-04-26 16:02:00 | xxlethaltacoxx# | 69 | I love your voice and your cute face |
| 2022-04-26 16:01:49 | xxlethaltacoxx# | 69 | You are so perfect to me |
| 2022-04-26 16:01:44 | xxlethaltacoxx# | 69 | Noone else baby |
| 2022-04-26 16:01:35 | xxlethaltacoxx# | 69 | This will be our secret |
| 2022-04-26 16:01:28 | xxlethaltacoxx# | 69 | Of course ðŸ˜Œ |
| 2022-04-26 16:01:27 | villxch# | | online |
| 2022-04-26 16:01:23 | villxch# | | I'm just kinda insecure of myself that's why I don't let people see me onlinr |
| 2022-04-26 16:00:59 | villxch# | | thank u |
| 2022-04-26 16:00:27 | xxlethaltacoxx# | 69 | I'm really really proud of you! |
| 2022-04-26 15:43:24 | villxch# | | I'm back |
| 2022-04-26 15:43:17 | xxlethaltacoxx# | 69 | <@947698485594054697> |

7. Review of the Discord records also showed that xxlethaltacoxx#**69 sent Hentai anime pornography images to MV. I reviewed the anime images sent by xxlethaltacoxx#**69 to MV in the above chat session and observed that they displayed cartoon drawings of older men engaging in sexual acts with young females.

8. On July 25, 2022, a forensic extraction was completed of MV's Google Pixel cellular phone. I reviewed the extraction and found a five second video, file name PXL_20220410_035836990.mp4, wherein MV's vaginal area and face are displayed. According to the filename, the video was recorded on April 10, 2022.

8

9. On August 3, 2022, MV was interviewed by an FBI Child Adolescent Forensic Interviewer. MV admitted to engaging in chats, video calls, and voice calls with xxlethaltacoxx#**69 through Discord. MV stated that xxlethaltacoxx#**69 asked her inappropriate questions and wanted her to send him a picture of her vagina. MV was asked about the above video found on her phone and MV stated it was a very quick video of a body part. MV recalled the video was recorded during either a voice call or video call with xxlethaltacoxx#**69.

10. Pursuant to the search warrant served on Discord by Clinton Township Police Department, Discord provided subscriber information for username xxlethaltacoxx#**69. I reviewed the information provided by Discord, which revealed the subscriber's phone number of 317-809-**** and email address of exteel*****@gmail.com. The records also showed the most frequent login IP address to the account between April 9, 2022 and April 26, 2022 was 50.90.***.**.

11. On June 10, 2022, Clinton Township Police Department served a search warrant on Google for information pertaining to email address exteel*****@gmail.com. On June 15, 2022, Google provided subscriber records pursuant to the search warrant. I reviewed the records provided by Google, which show the subscriber to exteel*****@gmail.com is Cory Terry, date of birth **/**/1997, phone number 317-809-****.

9

12. An open-source Internet query for IP address 50.90.\*\*\*.\*\*, the most frequently used IP address during the time Terry was in communication with MV, resolved to Charter Communications. On July 22, 2022, an FBI Administrative Subpoena was served on Charter Communications for information pertaining to the IP address. On July 26, 2022, Charter Communications provided records that showed the IP address was registered to an address in Indianapolis, Indiana ("Subject Residence").

13. On July 22, 2022, an FBI Administrative Subpoena was served on T-Mobile for information pertaining to the phone number provided by Discord and Google for Terry, 317-809-\*\*\*\*. On July 25, 2022, T-Mobile provided records that showed the subscriber to the number is Cory Terry with service and billing address as the Subject Residence.

14. Pursuant to the above subpoena, T-Mobile also provided toll records for phone number 317-809-\*\*\*\*. An analysis performed on the records provided by T-Mobile showed that Terry's phone number was in contact with MV's phone number over 140 times between April 26, 2022 and April 29, 2022.

15. A query of the Indiana Bureau of Motor Vehicles revealed a current operator's license for Cory Terry at the Subject Residence.

16. Cory Terry also had a red Dodge Charger registered at the Subject Residence.

17. Based on the above information and other information, a search warrant was obtained for the Subject Residence. The warrant was executed by Indianapolis FBI Agents on August 31, 2022. Terry was present at the residence and was interviewed during the execution of the warrant. Terry admitted that he had a Discord account with the username xxlethaltacoxx#**69. A blue Motorola Android cell phone was seized from Terry pursuant to the search warrant and Terry confirmed his phone number of 317-809-****. Agents performed a cursory review of Terry's Xbox at his residence, which showed that Terry's Xbox username is xxlethaltacoxx and the email address associated with the account is exteel*****@gmail.com. Terry denied any contact with an 11-year-old on his Discord Account.

## CONCLUSION

18. Based on the foregoing, there is probable cause to believe Cory Terry engaged in sexual exploitation of children, receipt of child pornography, and coercion and enticement of a minor to engage in illicit sexual activity, in violation of 18 U.S.C. §§ 2251, 2252A(a)(2), and 2422(b).

Respectfully submitted,

_____
Michelle A. Harmon, Special Agent
Federal Bureau of Investigation

Sworn to before me and signed in my presence and/or by reliable electronic means.

_____
HON. DAVID R. GRAND
UNITED STATES MAGISTRATE JUDGE

Date: August 31, 2022